In re Luminais, Duane; —Defendant; Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. B, No. 033-2083; to the Court of Appeal, Fifth Circuit, No. 10-KH-408.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189. Cf. State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694, 695 (“late realization that an error may have occurred ... does not qualify as the discovery of a new fact for purposes of the exception set out in La.C.Cr.P. art. 930.8(A).”).